IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS SBROCCO,

     Appellant,

v.

CAPELLI'S CATERING
CO., INC. and HARTFORD
INSURANCE,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1019

_____/

Opinion filed September 1, 2017.

An appeal from an order of the Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident: August 29, 2014.

Bill McCabe, Longwood, and Dean Burnetti, Lakeland, for Appellant.

Kip O. Lassner and Daniel M. Schwarz of Cole Scott & Kissane, P.A., Plantation, for Appellees.

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., CONCUR.